**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CGI JOLIET, LLC, | ) Case No. 17-18810 (PSH) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

**NOTICE OF FILING PROPOSED ORDER CONVERTING CASE**
**UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7 EFFECTIVE**
**<u>DECEMBER 4, 2017, AT 3:00 P.M. (CENTRAL TIME)</u>**

**PLEASE TAKE NOTICE** that on November 6, 2017, Central Grocers, Inc. and
its debtor affiliates, including Strack and Van Til Super Market, Inc., as debtors and debtors in
possession (collectively, the "**Debtors**"), filed their *Motion of Debtors to Convert Chapter 11
Cases to Chapter 7 Cases* (Case No. 17-13886, ECF No. 913, the "**Conversion Motion**").

**PLEASE TAKE FURTHER NOTICE** that at the hearing on the Conversion
Motion, the Court instructed the Debtors to file a proposed conversion order in each of their
chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed
conversion order for the above-captioned chapter 11 case as **<u>Exhibit A</u>**.

[*Remainder of Page Intentionally Left Blank*]

{7101402: }

Dated: December 1, 2017
     Chicago, Illinois

/s/ David A. Agay
David A. Agay (ARDC No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, Illinois 60654
Telephone:  (312) 642-2217
Facsimile:  (312) 280-8232
E-mail: dagay@mcdonaldhopkins.com
       jgadharf@mcdonaldhopkins.com


-and-

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Stephen Karotkin (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*