Case 17-18810   Doc 14   Filed 01/31/18   Entered 01/31/18 14:43:23   Desc Main
Document   Page 1 of 3

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-18810 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CGI JOLIET, LLC | | | | Date Filed (f) or Converted (c): | 12/04/2017 (c) |
| | | | | | 341(a) Meeting Date: | 01/11/2018 |
| For Period Ending: | 12/31/2017 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Net Settlement Allocation Per Dckt#s 902, 989 and 1085 (u) | 0.00 | 4,302,199.15 | | 0.00 | 4,302,199.15 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $0.00 | $4,302,199.15 | $0.00 | $4,302,199.15 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/11/2018 election of new Chapter 7 Trustee-case reassigned.

RE PROP #     1   --   See Dckt #s 902, 989, and 1085.

Initial Projected Date of Final Report (TFR): 12/31/2019     Current Projected Date of Final Report (TFR): 12/31/2019

| Trustee Signature: | /s/ Peter N. Metrou, Trustee | Date: 01/31/2018 |
|---|---|---|

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630) 551-7171
met.trustee7@att.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-18810 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | CGI JOLIET, LLC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6049 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7014 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6049 - Checking | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Peter N. Metrou, Trustee     Date: 01/31/2018

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543
(630) 551-7171
met.trustee7@att.net

Page Subtotals:                                                    $0.00         $0.00