UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )      BK No.:   17-18810
CGI JOLIET, LLC, et al. )
)
)      Chapter: 7
)
)      Honorable Pamela S. Hollis
)
Debtor(s) )

**ORDER GRANTING FIRST AND FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO TRUSTEE**

This matter coming to be heard on the First and Final Application of Shaw Fishman Glantz Towbin LLC for Allowance and Payment of Fees and Reimbursement of Expenses as Counsel to Trustee (the "Application," and all undefined terms having the meanings set forth in the Application); IT IS HEREBY ORDERED:

1. The Application is granted.

2. Pursuant to 11 U.S.C. § 330, Shaw Fishman is hereby approved and allowed $371,630.00 (the "Fee Award") in compensation and $5,600.00 in expense reimbursement (the "Expense Award," and with the Fee Award, the "Fee and Expense Award") for the Application Period on a final basis.

3. The Fee and Expense Award shall be assessed against the above-captioned bankruptcy estates as follows:

| | | |
|---|---|---|
| a. | CGI Joliet, LLC | $121,882.75 |
| b. | Currency Express, Inc. | $0.00 |
| c. | Raceway Central Calumet Park LLC | $27,907.08 |
| d. | Raceway Central LLC North Valpo | $10,877.97 |
| e. | Raceway Central Downers Grove LLC | $28,736.76 |
| f. | Raceway Central, LLC | $66,693.42 |
| g. | Raceway Central Chicago Heights LLC | $26,631.16 |
| h. | Raceway Central Joliet North LLC | $48,090.97 |
| i. | Raceway Central Wheaton LLC | $46,409.78 |

4. The Trustee is authorized to pay Shaw Fishman the Holdback Amount in the amount of $74,142.65.

5. The notice of the Application and the hearing thereon as provided is hereby approved for cause shown, and no further notice of the foregoing is required.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: FEB 1 4 2019

Form G5  (20170105_bko)

**Prepared by:**
Robert M. Fishman (IL ARDC 3124316)
Ira Bodenstein (IL ARDC 3126857
David R. Doyle (IL ARDC 6303215)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL  60654
Phone: (312) 541-0151
Fax: (312) 980-3888
rfishman@foxrothschild.com
ibodenstein@ foxrothschild.com
ddoyle@ foxrothschild.com